# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**TIMOTHY FAIR,**

    **Plaintiff,**

  **v.**        **Case No. 06-C-1072**

**BASIC METALS, INC.,**

    **Defendant.**

[x] **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that defendant prevails on its motion for summary judgment. Plaintiff's complaint and this action are **dismissed** with prejudice.

       Jon W. Sanfilippo, Clerk of Court
       EASTERN DISTRICT OF WISCONSIN

Date: June 26, 2007     (By) Deputy Clerk, s/C. Quinn

       Approved  this 26th  day of June, 2007.

       s/AARON E. GOODSTEIN
       United  States  Magistrate Judge